UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 PROCEEDING |
| | ) | |
| AMES SUPPLY COMPANY | ) | CASE NO. 10 B 08785 |
| | ) | |
| DEBTOR | ) | JUDGE Jack B. Schmetterer |
| | ) | |

## ORDER CONVERTING CHAPTER 11 TO CASE UNDER CHAPTER 7

This matter comes before the Court on the Debtor's motion to convert. After notice and a hearing, this Court finds that the should be converted to a case under Chapter 7 pursuant to 11 U.S.C. §1112(b). Based upon the foregoing,

**IT IS ORDERED THAT:**

1. This Chapter 11 case is converted to a case under Chapter 7 of the U.S. Bankruptcy Code, 11 U.S.C. §701, et. seq.

2. The Debtor-in-possession shall:

   a. forthwith account for and turn over to the Chapter 7 trustee all records and property of the estate under its custody and control as required by Fed.R.Bankr.P. 1019(4);

   b. on or before August 2, 2012 file a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case (including the names and addresses of all creditors) as required by Fed.R.Bankr.P. 1019(5);

   c. on or before August 20, 2012 file a final report and account as required by Fed.R.Bankr.P. 1019(5); and

   d. on or before August 2, 2012, file the statements and schedules as required by Fed.R.Bankr.P. 1019(1) and 1007(b) if such documents have not already

been filed.

3. Pursuant to Fed.R.Bankr.P. 9001(9) the Court designates Rob Hildebrandt ("Designated Person") to perform the acts the Debtor is required to perform by this Order and the Federal Rules of Bankruptcy Procedure. The Designated Person is hereby ordered to perform, on behalf of the Debtor, the acts required by Paragraph 2 of this Order.

4. This matter is set for a status hearing on August 20, 2012, at 10:30 a.m. At that hearing, the Court will determine whether the Debtor and the Designated Person has complied with this Order, and, if not, consider any requests by the United States Trustee or Chapter 7 trustee for further relief or sanctions against the Debtor and Designated Person as may be required to secure compliance with this Order.

5. The Clerk shall serve copies of this Order on the United States Trustee, the Chapter 7 trustee, and all creditors, and shall file a proof of such service at or before the status hearing.

6. The Chapter 7 trustee is authorized to immediately contact the secured lender regarding use of cash collateral.

DATED: July 19, 2012     ENTER:

The Honorable Jack B. Schmetterer
United States Bankruptcy Judge