# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
AMES SUPPLY COMPANY § Case No. 10-08785 JBS
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on ____. The case was converted to one under Chapter 7 on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

  Funds were disbursed in the following amounts:

  Payments made under an interim disbursement
  Administrative expenses
  Bank service fees
  Other payments to creditors
  Non-estate funds paid to 3rd Parties
  Exemptions paid to the debtor
  Other payments to the debtor

  Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/GINA B. KROL_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 10-08785 | JBS | Judge: JACK B. SCHMETTERER | | Trustee Name: | GINA B. KROL |
| Case Name: | AMES SUPPLY COMPANY | | | | Date Filed (f) or Converted (c): | 07/19/12 (c) |
| | | | | | 341(a) Meeting Date: | 08/28/12 |
| For Period Ending: | 06/04/15 | | | | Claims Bar Date: | 11/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HARRIS BANK CHECKING ACCT | 1,760.00 | 0.00 | | 0.00 | FA |
| 2. 1/3 OWNERSHIP OF $310,059 CERTIFICATE OF DEPOSIT | 0.00 | 0.00 | | 0.00 | FA |
| 3. SUBURBAN BANK & TRUST CHECKING ACCT | 198.00 | 2,381.97 | | 3,908.72 | FA |
| 4. SECURITY DEPOSIT WITH LANDLORD | 12,505.00 | 0.00 | | 0.00 | FA |
| 5. ILIGHT TECHNOLOGIES 2841 SHARES | 31,250.00 | 0.00 | | 0.00 | FA |
| 6. ACCOUNT RECEIVABLES | 139,670.00 | 139,670.00 | | 143.85 | FA |
| 7. 1995 CHEVY ASTRO VAN | 1,700.00 | 0.00 | | 0.00 | FA |
| 8. OFFICE EQUIPMENT | 10,735.00 | 0.00 | | 0.00 | FA |
| 9. MACHINERY & EQUIPMENT | 55,305.00 | 53,366.85 | | 53,366.85 | FA |
| 10. INVENTORY | 552,816.00 | 0.00 | | 0.00 | FA |
| #10 Inventory included in #9 sale of machinery and equipment | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $805,939.00    $195,418.82    $57,419.42    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST for review

May 18, 2015, 04:30 pm

Case appears to be administratively insolvent. Successor Trustee will prepare TFR

October 16, 2014, 10:35 am

LIQUIDATED INVENTORY AND EQUIPMENT AT AUCTION; WORK WITH pbgc ON RESOLUTION OF PENSIONS ISSUES; REVIEWING A/RS FOR

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 10-08785   JBS   Judge: JACK B. SCHMETTERER | Trustee Name: GINA B. KROL |
| Case Name: | AMES SUPPLY COMPANY | Date Filed (f) or Converted (c): 07/19/12 (c) |
| | | 341(a) Meeting Date: 08/28/12 |
| | | Claims Bar Date: 11/23/12 |

POSSIBLE OUTSIDER COLLECTION REFERRAL

#10 inventory included in #9 sale of machinery and equipment

Reviewing A/RS for collection

Examine claims of PBGC

Continued examination of claims of PBGC and review A/RS for collection.

issues pending with PBGC re pension. once resolved matter can go to final report. reviewed acct.s receivable and no significant accounts are outstanding. liquidation appears to be at an end and whatever Accts remain can be abandoned at the final hearing. expect final by end of May, 2014.

Initial Projected Date of Final Report (TFR): 12/30/14     Current Projected Date of Final Report (TFR): 03/31/15

        /s/     GINA B. KROL
_____     Date: 06/04/15
          GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-08785 -JBS | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | AMES SUPPLY COMPANY | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******8501 Checking Account |
| Taxpayer ID No: | *******1700 | | | |
| For Period Ending: | 06/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/10/12 | 6 | SHAW-WYN<br>CELTIC ARTIFACTS, ETC<br>330 HOLLAND ST<br>SHILLINGTON, PA 19607 | A/R | 1221-000 | 21.69 | | 21.69 |
| 08/17/12 | 3 | SBT<br>150 BUTTERFIELD ROAD<br>ELMHURST, IL 60126 | TURNVOER OF BANK ACCOUNT | 1110-000 | 2,381.97 | | 2,403.66 |
| 08/31/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 1.88 | 2,401.78 |
| 09/10/12 | 3 | SUBURBAN BANK & TRUST<br>150 BUTTERFIELD ROAD<br>ELMHURST, IL 60126 | TURNOVER OF BANK ACCOUNT BALANCE | 1129-000 | 1,526.75 | | 3,928.53 |
| 09/18/12 | 003001 | JOHN W STANOVICH, LTD<br>10411 GREAT EGRET DRIVE<br>ORLAND PARK, IL 60467 | FEES FOR COMPUTER CONSULTANT<br>3991-000    $-962.50 | 3991-000 | | 962.50 | 2,966.03 |
| * 09/18/12 | 003002 | JOHN W STANOVICH, LTD<br>10411 GREAT EGRET DRIVE<br>ORLAND PARK, IL 60467 | FEES/COMPUTER CONSULTANT<br>3991-000    $-962.50 | 3991-003 | | 962.50 | 2,003.53 |
| * 09/18/12 | 003002 | JOHN W STANOVICH, LTD<br>10411 GREAT EGRET DRIVE<br>ORLAND PARK, IL 60467 | VOID | | | -962.50 | 2,966.03 |
| 09/28/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX 77098 | Bank Service Fee | 2600-000 | | 4.36 | 2,961.67 |
| 10/11/12 | 9 | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 S THOMAS AVENUE<br>BRIDGEVIEW, IL 60455 | SALE OF EQUIPMENT | 1129-000 | 53,366.85 | | 56,328.52 |
| 10/17/12 | 003003 | CALMARK REALTY<br>4826 VENTURE STREET | POST-PETITION RENT<br>2410-000    $-4,000.00 | 2410-000 | | 4,000.00 | 52,328.52 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 18.04c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 10-08785 -JBS | | Trustee Name: | GINA B. KROL |
| Case Name: | AMES SUPPLY COMPANY | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******8501  Checking Account |
| Taxpayer ID No: | *******1700 | | | |
| For Period Ending: | 06/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | LISLE, IL  60532 | | | | | |
| 10/31/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 58.67 | 52,269.85 |
| 11/09/12 | 6 | SENTINEL TECHNOLOGIES INC.<br>2550 WARRENVILLE RD<br>DOWNERS GROVE, IL  60515 | A/R | 1221-000 | 55.00 | | 52,324.85 |
| 11/13/12 | 003004 | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 S THOMAS AVENUE<br>BRIDGEVIEW, IL  60455 | EXPENSES TO AUCTIONEER<br>3620-000         $-11,028.70 | 3620-000 | | 11,028.70 | 41,296.15 |
| 11/30/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 77.36 | 41,218.79 |
| 12/31/12 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 62.22 | 41,156.57 |
| 01/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 66.41 | 41,090.16 |
| 02/21/13 | 003005 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Bond#016026455<br>2300-000         $-38.93 | 2300-000 | | 38.93 | 41,051.23 |
| 02/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 59.88 | 40,991.35 |
| 03/29/13 | | Green Bank<br>US Trustee Services | Bank Service Fee | 2600-000 | | 66.14 | 40,925.21 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM2T4

Ver: 18.04c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-08785 -JBS | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | AMES SUPPLY COMPANY | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******8501 Checking Account |
| Taxpayer ID No: | *******1700 | | | |
| For Period Ending: | 06/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/13 | | 2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 63.91 | 40,861.30 |
| 05/13/13 | 6 | BANK OF AMERICA | PAYMENT OF CENDANT CORP LITIGATION PROCEEDS | 1221-000 | 67.16 | | 40,928.46 |
| 05/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 70.26 | 40,858.20 |
| 06/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 59.55 | 40,798.65 |
| 07/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 65.83 | 40,732.82 |
| 08/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 69.97 | 40,662.85 |
| 09/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092 | Bank Service Fee | 2600-000 | | 59.26 | 40,603.59 |
| 10/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 65.52 | 40,538.07 |

FORM 2

Page: 4
Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-08785 -JBS | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | AMES SUPPLY COMPANY | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******8501 Checking Account |
| Taxpayer ID No: | *******1700 | | |
| For Period Ending: | 06/04/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/29/13 | | Houston, TX 77092<br>Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 65.41 | 40,472.66 |
| 12/31/13 | | Houston, TX 77092<br>Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 63.20 | 40,409.46 |
| 01/31/14 | | Houston, TX 77092<br>Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 69.41 | 40,340.05 |
| 02/28/14 | | Houston, TX 77092<br>Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 58.79 | 40,281.26 |
| 03/31/14 | | Houston, TX 77092<br>Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 60.80 | 40,220.46 |
| 04/02/14 | 003006 | Houston, TX 77092<br>INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | Blanket bond #016026455 2/01/14 to 2/10/15<br>    2300-000    $-33.38 | 2300-000 | | 33.38 | 40,187.08 |
| 04/28/14 | | Green Bank | Technology Fee | 2600-000 | | 48.12 | 40,138.96 |
| 05/05/14 | | Transfer to Acct #*******0840 | Bank Funds Transfer | 9999-000 | | 40,138.96 | 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM2T4

Ver: 18.04c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-08785 -JBS |
| Case Name: | AMES SUPPLY COMPANY |
| Taxpayer ID No: | *******1700 |
| For Period Ending: | 06/04/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******8501 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account *******8501 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 6 | Deposits | 57,419.42 | 7 | Checks | 16,063.51 |
| | 0 | Interest Postings | 0.00 | 21 | Adjustments Out | 1,216.95 |
| | | | | 1 | Transfers Out | 40,138.96 |
| | | Subtotal | $ 57,419.42 | | | |
| | | | | | Total | $ 57,419.42 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 57,419.42 | | | |

FORM 2                                                                                                           Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                 Exhibit B

| Case No: | 10-08785 -JBS | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | AMES SUPPLY COMPANY | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0840  Checking Account |
| Taxpayer ID No: | *******1700 | | | |
| For Period Ending: | 06/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/05/14 | | Transfer from Acct #*******8501 | Bank Funds Transfer | 9999-000 | 40,138.96 | | 40,138.96 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 40,128.96 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.65 | 40,069.31 |
| * 06/26/14 | 030001 | Scott, Horewitch, Pidgeon & Abrams LLC | Accoutant Fees per Court Order | 3410-003 | | 3,260.00 | 36,809.31 |
| | | 2150 E. Lake Cook Rd., Ste. 560 | | | | | |
| | | Buffalo Grove, IL 60089 | | | | | |
| * 06/26/14 | 030001 | Scott, Horewitch, Pidgeon & Abrams LLC | Accoutant Fees per Court Order | 3410-003 | | -3,260.00 | 40,069.31 |
| | | 2150 E. Lake Cook Rd., Ste. 560 | Incorrect amount. | | | | |
| | | Buffalo Grove, IL 60089 | | | | | |
| 06/26/14 | 030002 | Scott, Horewitch, Pidgeon & Abrams LLC | Accoutant Fees per Court Order | 3410-000 | | 3,620.00 | 36,449.31 |
| | | 2150 E. Lake Cook Rd., Ste. 560 | | | | | |
| | | Buffalo Grove, IL 60089 | | | | | |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.65 | 36,391.66 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.11 | 36,337.55 |
| 08/19/14 | 030003 | Scott, Horewitch, Pidgeon & Abrams LLC | Accoutant Fees per Court Order | 3410-000 | | 2,020.00 | 34,317.55 |
| | | 2150 E. Lake Cook Rd., Ste. 560 | | | | | |
| | | Buffalo Grove, IL 60089 | | | | | |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.06 | 34,264.49 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.30 | 34,215.19 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.87 | 34,164.32 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.16 | 34,115.16 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.71 | 34,064.45 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.65 | 34,013.80 |
| 02/10/15 | 030004 | Adams Levine Surety Bond Agency | | 2300-000 | | 19.44 | 33,994.36 |
| | | 60 E. 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, NY  10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.66 | 33,948.70 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.47 | 33,898.23 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.77 | 33,849.46 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

LFORM2T4                                                                                                Ver: 18.04c

FORM 2

Page: 7
Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-08785 -JBS | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | AMES SUPPLY COMPANY | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******0840  Checking Account |
| Taxpayer ID No: | *******1700 |  |  |
| For Period Ending: | 06/04/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) / Disbursements ($) | Account / CD Balance ($) |

| Account *******0840 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 5 | Checks | 5,659.44 |
| | 0 | Interest Postings | 0.00 | 13 | Adjustments Out | 630.06 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 6,289.50 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 40,138.96 | | | |
| | | Total | $ 40,138.96 | | | |

| Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 6 | Deposits | 57,419.42 | 12 | Checks | 21,722.95 |
| | 0 | Interest Postings | 0.00 | 34 | Adjustments Out | 1,847.01 |
| | | | | 1 | Transfers Out | 40,138.96 |
| | | Subtotal | $ 57,419.42 | | | |
| | | | | | Total | $ 63,708.92 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 40,138.96 | | | |
| | | Total | $ 97,558.38 | | Net Total Balance | $ 33,849.46 |

/s/   GINA B. KROL

Trustee's Signature: _____   Date: 06/04/15
GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 04, 2015 |
|---|---|---|---|---|---|---|
| Case Number: 10-08785 | | Priority Sequence | | | | |
| Debtor Name: AMES SUPPLY COMPANY | | | Joint Debtor: | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $3,060.49 | $3,060.49 |
| 001<br>3210-00 | InnovaLaw PC<br>1900 Ravinia Ave.<br>Suite 29<br>Orland Park, IL 60462 | Administrative | | $0.00 | $3,250.00 | $3,250.00 |
| 001<br>3220-00 | InnovaLaw PC<br>1900 Ravinia Ave.<br>Suite 29<br>Orland Park, IL 60462 | Administrative | | $0.00 | $129.57 | $129.57 |
| 001<br>3410-00 | Alan Horewitch<br>Scott, Horewitch, Pidgeon & Abrams | Administrative | | $0.00 | $5,640.00 | $5,640.00 |
| 001<br>3991-00 | David E. Grochocinski | Administrative | | $0.00 | $3,060.49 | $3,060.49 |
| 13<br>001<br>2950-00 | office of the US Trustee<br>219 S Dearborn St. Rm 873<br>Chicago, IL 60604 | Administrative | | $0.00 | $974.86 | $974.86 |
| 002<br>6210-16 | Coman & Anderson PC<br>650 Warrenville Road<br>Suite 500<br>Lisle, IL 60532 | Administrative | | $0.00 | $110,517.63 | $110,517.63 |
| 002<br>6220-61 | Coman & Anderson PC<br>650 Warrenville Road<br>Suite 500<br>Lisle, IL 60532 | Administrative | | $0.00 | $550.00 | $550.00 |
| 3<br>002<br>6820-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, IL 60603 | Administrative | (3-1) Administrative POC for unemployment tax. | $0.00 | $703.74 | $703.74 |
| 8<br>002<br>6990-00 | Pension Benefit Guaranty Corporation<br>Attn: Jean Marie Breen, Attorney<br>Office of the Chief Counsel<br>1200 K Street, NW., Suite 340<br>Washington, D.S. 20005-4026 | Administrative | | $0.00 | $10,527.00 | $10,527.00 |
| 2<br>040<br>5800-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, IL 60603 | Priority | (2-1) Unemployment tax | $0.00 | $3,518.70 | $3,518.70 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: June 04, 2015

Case Number: 10-08785
Debtor Name: AMES SUPPLY COMPANY

Priority Sequence

Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>040<br>5400-00 | Pension Benefit Guaranty Corporation<br>Attn: Jean Marie Breen, Attorney<br>Office of the Chief Counsel<br>1200 K Street,NW., Suite 340<br>Washington, D.S. 20005-4026 | Priority | | $0.00 | $17,619.00 | $17,619.00 |
| 1<br>070<br>7100-00 | 3M Company<br>Attn: Jason Smith<br>3M Receivables Management<br>3M Center 224-5N-41<br>St Paul, MN  55144 | Unsecured | | $0.00 | $948.25 | $948.25 |
| 10<br>070<br>7100-00 | Pension Benefit Guaranty Corporation<br>Attn: Jean Marie Breen, Attorney<br>Office of the Chief Counsel<br>1200 K Street,NW., Suite 340<br>Washington, D.S. 20005-4026 | Unsecured | | $0.00 | $2,045,536.00 | $2,045,536.00 |
| 11<br>070<br>7100-00 | Jonard Industries Corp.<br>134 Marbledale Road<br>Tuckahoe, NY  10707 | Unsecured | | $0.00 | $1,137.65 | $1,137.65 |
| 12<br>070<br>7100-00 | Vaughn & Bushnell<br>POB 390<br>Hebron, IL  60034 | Unsecured | | $0.00 | $236.72 | $236.72 |
| 14<br>070<br>7100-00 | Platt Luggage Inc<br>4051 West 51st Street<br>Chicago, IL  60632 | Unsecured | | $0.00 | $5,280.00 | $5,280.00 |
| 15<br>070<br>7100-00 | American Express Travel Related Services<br>Co, Inc Corp Card<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  193550701 | Unsecured | (15-1) CREDIT CARD DEBT | $0.00 | $16,736.69 | $16,736.69 |
| 16<br>070<br>7100-00 | International Business Products, Inc.<br>7336 E. Deer Valley Road, Ste 110<br>Scottsdale, AZ  85255 | Unsecured | | $0.00 | $3,459.84 | $3,459.84 |
| 17<br>070<br>7100-00 | BCB Group Inc.<br>d/b/a Batteries Plus<br>105 W. Laura Drive<br>Addison, IL  60101 | Unsecured | | $0.00 | $112.32 | $112.32 |
| 18<br>070<br>7100-00 | Wesco Industrial Products<br>1250 Welsh Road<br>North Wales, PA  19454 | Unsecured | | $0.00 | $1,498.71 | $1,498.71 |
| 19<br>070<br>7100-00 | DuPage County Public Works Department<br>Barbara Reynolds<br>Dupage County State's Atty's Office<br>503 N. County Farm Road | Unsecured | | $0.00 | $187.59 | $187.59 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Page 3 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: June 04, 2015 |

Case Number: 10-08785  
Debtor Name: AMES SUPPLY COMPANY  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Wheaton, IL 60187 | | | | | |
| 20<br>070<br>7100-00 | Jasper Rubber Products, Inc.<br>Jean M. Blanton<br>20 NW 1st Street, 9th Floor<br>Evanston, IN 47708 | Unsecured | | $0.00 | $13,728.19 | $13,728.19 |
| 21<br>070<br>7100-00 | Cooper's Office Equipment<br>34 N. Main<br>Layton, UT 84041 | Unsecured | | $0.00 | $3,871.64 | $3,871.64 |
| 4<br>070<br>7100-00 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 191017346 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 5<br>070<br>7100-00 | TECHSPRAY<br>P O BOX 949<br>1001 N.W. 1ST STREET<br>AMARILLO, TX 79105 | Unsecured | | $0.00 | $28,080.01 | $28,080.01 |
| 6<br>070<br>7100-00 | LEWIS, OVERBECK & FURMAN LLP<br>C/O John W. Loseman<br>Lewis, Overbeck & Furman, LLP<br>20 N. Clark Street, Ste 3200<br>Chicago, IL 606025093 | Unsecured<br>(6-1) Legal services | | $0.00 | $48,703.51 | $48,703.51 |
| 9<br>070<br>7100-00 | Pension Benefit Guaranty Corporation<br>Attn: Jean Marie Breen, Attorney<br>Office of the Chief Counsel<br>1200 K Street,NW., Suite 340<br>Washington, D.S. 20005-4026 | Unsecured | | $0.00 | $2,483,189.00 | $2,483,189.00 |
| 999<br>6910-00 | Cooper's Office Equipment<br>34 N. Main<br>Layton, UT 84041 | Administrative<br>Duplicate of Claim #21. Trustee will pay on Claim #21 | | $0.00 | $3,871.64 | $3,871.64 |
| BOND<br>999<br>2300-00 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | Administrative | | $0.00 | $19.44 | $19.44 |
| | Case Totals: | | | $0.00 | $4,816,148.68 | $4,816,148.68 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-08785 JBS
Case Name: AMES SUPPLY COMPANY
Trustee Name: GINA B. KROL

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Successor Chapter 7 Trustee Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: InnovaLaw PC | $ | $ | $ |
| Accountant for Trustee Fees: Alan Horewitch | $ | $ | $ |
| Fees: office of the US Trustee | $ | $ | $ |
| Other: Adams Levine Surety Bond Agency | $ | $ | $ |
| Original Chapter 7 Trustee Other: David E. Grochocinski | $ | $ | $ |
| Other: InnovaLaw PC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Coman & Anderson PC | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Illinois Department of Employment Securi | $ | $ | $ |
| Other: Pension Benefit Guaranty Corporation | $ | $ | $ |

    Total to be paid for prior chapter administrative expenses    $_____

    Remaining Balance    $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, IL  60603 | $ | $ | $ |
| 7 | Pension Benefit Guaranty Corporation<br>Attn: Jean Marie Breen, Attorney<br>Office of the Chief Counsel<br>1200 K Street,NW., Suite 340<br>Washington, D.S. 20005-4026 | $ | $ | $ |

    Total to be paid to priority creditors    $_____

    Remaining Balance    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | 3M Company<br>Attn: Jason Smith<br>3M Receivables Management<br>3M Center 224-5N-41<br>St Paul, MN  55144 | $ | $ | $ |
| 4 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 191017346 | $ | $ | $ |
| 5 | TECHSPRAY<br>P O BOX 949<br>1001 N.W. 1ST STREET<br>AMARILLO, TX  79105 | $ | $ | $ |
| 6 | LEWIS, OVERBECK & FURMAN LLP<br>C/O John W. Loseman<br>Lewis, Overbeck & Furman, LLP<br>20 N. Clark Street, Ste 3200<br>Chicago, IL  606025093 | $ | $ | $ |
| 9 | Pension Benefit Guaranty Corporation<br>Attn: Jean Marie Breen, Attorney<br>Office of the Chief Counsel<br>1200 K Street,NW., Suite 340<br>Washington, D.S. 20005-4026 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Pension Benefit Guaranty Corporation<br>Attn: Jean Marie Breen, Attorney<br>Office of the Chief Counsel<br>1200 K Street,NW., Suite 340<br>Washington, D.S. 20005-4026 | $ | $ | $ |
| 11 | Jonard Industries Corp.<br>134 Marbledale Road<br>Tuckahoe, NY  10707 | $ | $ | $ |
| 12 | Vaughn & Bushnell<br>POB 390<br>Hebron, IL  60034 | $ | $ | $ |
| 14 | Platt Luggage Inc<br>4051 West 51st Street<br>Chicago, IL  60632 | $ | $ | $ |
| 15 | American Express Travel Related Services<br>Co, Inc Corp Card<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  193550701 | $ | $ | $ |
| 16 | International Business Products, Inc.<br>7336 E. Deer Valley Road, Ste 110<br>Scottsdale, AZ  85255 | $ | $ | $ |
| 17 | BCB Group Inc.<br>d/b/a Batteries Plus<br>105 W. Laura Drive<br>Addison, IL  60101 | $ | $ | $ |
| 18 | Wesco Industrial Products<br>1250 Welsh Road<br>North Wales, PA  19454 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | DuPage County Public Works Department<br>Barbara Reynolds<br>Dupage County State's Atty's Office<br>503 N. County Farm Road<br>Wheaton, IL  60187 | $ | $ | $ |
| 20 | Jasper Rubber Products, Inc.<br>Jean M. Blanton<br>20 NW 1st Street, 9th Floor<br>Evanston, IN  47708 | $ | $ | $ |
| 21 | Cooper's Office Equipment<br>34 N. Main<br>Layton, UT  84041 | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE