**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AMES SUPPLY COMPANY | § | Case No. 10-08785 JBS |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF BANKRUPTCY COURT
    KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/30/2015 in Courtroom 682,
    United States Courthouse
    219 S. Dearborn Street
    Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/08/2015      By: JEFFREY P. ALLSTEADT
                  Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AMES SUPPLY COMPANY | § | Case No. 10-08785 JBS |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: InnovaLaw PC | $ | $ | $ |
| Accountant for Trustee Fees: Alan Horewitch | $ | $ | $ |
| Fees: office of the US Trustee | $ | $ | $ |
| Other: Adams Levine Surety Bond Agency | $ | $ | $ |
| Other: David E. Grochocinski | $ | $ | $ |
| Other: InnovaLaw PC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Coman & Anderson PC | $ | $ | $ |
| Other: Illinois Department of Employment Securi | $ | $ | $ |
| Other: Pension Benefit Guaranty Corporation | $ | $ | $ |

Total to be paid for prior chapter administrative expenses     $_____

Remaining Balance     $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Illinois Department of Employment Security 33 South State Street Chicago, IL 60603 | $ | $ | $ |
| 7 | Pension Benefit Guaranty Corporation Attn: Jean Marie Breen, Attorney Office of the Chief Counsel 1200 K Street,NW., Suite 340 Washington, D.S. 20005-4026 | $ | $ | $ |

Total to be paid to priority creditors     $_____

Remaining Balance     $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | 3M Company<br>Attn: Jason Smith<br>3M Receivables Management<br>3M Center 224-5N-41<br>St Paul, MN  55144 | $ | $ | $ |
| 4 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 191017346 | $ | $ | $ |
| 5 | TECHSPRAY<br>P O BOX 949<br>1001 N.W. 1ST STREET<br>AMARILLO, TX  79105 | $ | $ | $ |
| 6 | LEWIS, OVERBECK & FURMAN LLP<br>C/O John W. Loseman<br>Lewis, Overbeck & Furman, LLP<br>20 N. Clark Street, Ste 3200<br>Chicago, IL  606025093 | $ | $ | $ |
| 9 | Pension Benefit Guaranty Corporation<br>Attn: Jean Marie Breen, Attorney<br>Office of the Chief Counsel<br>1200 K Street,NW., Suite 340<br>Washington, D.S. 20005-4026 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Pension Benefit Guaranty Corporation Attn: Jean Marie Breen, Attorney Office of the Chief Counsel 1200 K Street,NW., Suite 340 Washington, D.S. 20005-4026 | $ | $ | $ |
| 11 | Jonard Industries Corp. 134 Marbledale Road Tuckahoe, NY  10707 | $ | $ | $ |
| 12 | Vaughn & Bushnell POB 390 Hebron, IL  60034 | $ | $ | $ |
| 14 | Platt Luggage Inc 4051 West 51st Street Chicago, IL  60632 | $ | $ | $ |
| 15 | American Express Travel Related Services Co, Inc Corp Card c o Becket and Lee LLP POB 3001 Malvern, PA  193550701 | $ | $ | $ |
| 16 | International Business Products, Inc. 7336 E. Deer Valley Road, Ste 110 Scottsdale, AZ  85255 | $ | $ | $ |
| 17 | BCB Group Inc. d/b/a Batteries Plus 105 W. Laura Drive Addison, IL  60101 | $ | $ | $ |
| 18 | Wesco Industrial Products 1250 Welsh Road North Wales, PA  19454 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | DuPage County Public Works Department<br>Barbara Reynolds<br>Dupage County State's Atty's Office<br>503 N. County Farm Road<br>Wheaton, IL  60187 | $ | $ | $ |
| 20 | Jasper Rubber Products, Inc.<br>Jean M. Blanton<br>20 NW 1st Street, 9th Floor<br>Evanston, IN  47708 | $ | $ | $ |
| 21 | Cooper's Office Equipment<br>34 N. Main<br>Layton, UT  84041 | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL

                              Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.