UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| AMES SUPPLY COMPANY | § | Case No. 10-08785 JBS |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/30/2015 in Courtroom 682,
United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/08/2015                                    By: JEFFREY P. ALLSTEADT
                                                              Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
AMES SUPPLY COMPANY § Case No. 10-08785 JBS
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 57,419.42 |
| and approved disbursements of | $ | 23,569.96 |
| leaving a balance on hand of[1] | $ | 33,849.46 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 3,060.49 | $ 0.00 | $ 3,060.49 |
| Attorney for Trustee Fees: InnovaLaw PC | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Accountant for Trustee Fees: Alan Horewitch | $ 5,640.00 | $ 5,640.00 | $ 0.00 |
| Fees: office of the US Trustee | $ 974.86 | $ 0.00 | $ 974.86 |
| Other: Adams Levine Surety Bond Agency | $ 19.44 | $ 19.44 | $ 0.00 |
| Other: David E. Grochocinski | $ 3,060.49 | $ 0.00 | $ 3,060.49 |
| Other: InnovaLaw PC | $ 129.57 | $ 0.00 | $ 129.57 |
| Total to be paid for chapter 7 administrative expenses | | $ | 10,475.41 |
| Remaining Balance | | $ | 23,374.05 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Coman & Anderson PC | $ 110,517.63 | $ 37,408.50 | $ 17,767.13 |
| Other: Illinois Department of Employment Securi | $ 703.74 | $ 0.00 | $ 351.34 |
| Other: Pension Benefit Guaranty Corporation | $ 10,527.00 | $ 0.00 | $ 5,255.58 |

Total to be paid for prior chapter administrative expenses    $    23,374.05

Remaining Balance    $    0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 21,137.70 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Illinois Department of Employment Security 33 South State Street Chicago, IL  60603 | $ 3,518.70 | $ 0.00 | $ 0.00 |
| 7 | Pension Benefit Guaranty Corporation Attn: Jean Marie Breen, Attorney Office of the Chief Counsel 1200 K Street,NW., Suite 340 Washington, D.S. 20005-4026 | $ 17,619.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors    $    0.00

Remaining Balance    $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,652,706.12  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | 3M Company<br>Attn: Jason Smith<br>3M Receivables Management<br>3M Center 224-5N-41<br>St Paul, MN  55144 | $          948.25 | $          0.00 | $          0.00 |
| 4 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 191017346 | $          0.00 | $          0.00 | $          0.00 |
| 5 | TECHSPRAY<br>P O BOX 949<br>1001 N.W. 1ST STREET<br>AMARILLO, TX  79105 | $       28,080.01 | $          0.00 | $          0.00 |
| 6 | LEWIS, OVERBECK & FURMAN LLP<br>C/O John W. Loseman<br>Lewis, Overbeck & Furman, LLP<br>20 N. Clark Street, Ste 3200<br>Chicago, IL  606025093 | $       48,703.51 | $          0.00 | $          0.00 |
| 9 | Pension Benefit Guaranty Corporation<br>Attn: Jean Marie Breen, Attorney<br>Office of the Chief Counsel<br>1200 K Street,NW., Suite 340<br>Washington, D.S. 20005-4026 | $    2,483,189.00 | $          0.00 | $          0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Pension Benefit Guaranty Corporation Attn: Jean Marie Breen, Attorney Office of the Chief Counsel 1200 K Street,NW., Suite 340 Washington, D.S. 20005-4026 | $ 2,045,536.00 | $ 0.00 | $ 0.00 |
| 11 | Jonard Industries Corp. 134 Marbledale Road Tuckahoe, NY  10707 | $ 1,137.65 | $ 0.00 | $ 0.00 |
| 12 | Vaughn & Bushnell POB 390 Hebron, IL  60034 | $ 236.72 | $ 0.00 | $ 0.00 |
| 14 | Platt Luggage Inc 4051 West 51st Street Chicago, IL  60632 | $ 5,280.00 | $ 0.00 | $ 0.00 |
| 15 | American Express Travel Related Services Co, Inc Corp Card c o Becket and Lee LLP POB 3001 Malvern, PA  193550701 | $ 16,736.69 | $ 0.00 | $ 0.00 |
| 16 | International Business Products, Inc. 7336 E. Deer Valley Road, Ste 110 Scottsdale, AZ  85255 | $ 3,459.84 | $ 0.00 | $ 0.00 |
| 17 | BCB Group Inc. d/b/a Batteries Plus 105 W. Laura Drive Addison, IL  60101 | $ 112.32 | $ 0.00 | $ 0.00 |
| 18 | Wesco Industrial Products 1250 Welsh Road North Wales, PA  19454 | $ 1,498.71 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | DuPage County Public Works Department<br>Barbara Reynolds<br>Dupage County State's Atty's Office<br>503 N. County Farm Road<br>Wheaton, IL  60187 | $           187.59 | $               0.00 | $               0.00 |
| 20 | Jasper Rubber Products, Inc.<br>Jean M. Blanton<br>20 NW 1st Street, 9th Floor<br>Evanston, IN  47708 | $        13,728.19 | $               0.00 | $               0.00 |
| 21 | Cooper's Office Equipment<br>34 N. Main<br>Layton, UT  84041 | $         3,871.64 | $               0.00 | $               0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $                  0.00 |
| Remaining Balance | $                  0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-NFR (10/1/2010) *(Page: 6)*

Prepared By: /s/GINA B. KROL
                                                Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 7)*

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                          Case No. 10-08785-JBS
Ames Supply Company                                             Chapter 7
       Debtor              CERTIFICATE OF NOTICE
District/off: 0752-1          User: bchavez               Page 1 of 3                  Date Rcvd: Jun 11, 2015
                              Form ID: pdf006             Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2015.
db             #+Ames Supply Company,    1936 University Lane,    Unit C,   Lisle, IL 60532-2390
15190673        +1936 University Bridge, LLC,    c/o Bridge Development Partners,    700 Commerce Dr., Ste. 160,
                  Oak Brook, IL 60523-8733
15306281        +3M Company,    Attn: Jason Smith,    3M Receivables Management,    3M Center 224-5N-41,
                  St Paul, MN 55144-1001
19308766        +AJ Funk,    1471 Timber Drive,    Elgin, IL 60123-1898
19308767        +American Express,    Zwicker & Assoc.,    POB 9013,   Andover, MA 01810-0913
19446876         American Express Travel Related Services,    Co, Inc Corp Card,    c o Becket and Lee LLP,
                  POB 3001,   Malvern, PA 19355-0701
15190674         Ames Supply Co. Employee’s,    Retirement Plan and Trust,    1396 University Ln, Unit C,
                  Lisle, IL 60532
15190675        +Andrew Sher,    The Sher Law Firm,    4151 Southwest Fwy, Ste. 435,   Houston, TX 77027-7349
19308768        +Atrix,    1350 Larc Industrial Blvd.,   Burnsville, MN 55337-1412
19615132       #+BCB Group Inc.,    d/b/a Batteries Plus,    105 W. Laura Drive,    Addison, IL 60101-5113
19308769        +Batteries Plus,    4826 Solutions Center,    Chicago, IL 60677-4008
19308808        +Capital One,    POB 6492,   Carol Stream, IL 60197-6492
19308771         College West Ltd.,    4626 Venture St.,    Lisle, IL 60532
19308772        +Comcast,    1711 E. Wilson,   Batavia, IL 60510-1470
19308774        +Conway Freight,    POB 5160,   Portland, OR 97208-5160
19308775        +Cooper’s Office Equipment,    34 N. Main,    Layton, UT 84041-2236
19673922        +DuPage County Public Works Department,    Barbara Reynolds,
                  Dupage County State’s Atty’s Office,    503 N. County Farm Road,    Wheaton, IL 60187-3942
19308777        +Dupage County Public Works,    POB 4751,    Carol Stream, IL 60197-4751
19308778        +Evco,    POB 36339,   Birmingham, AL 35236-6339
19308779        +FedEx,    POB 94515,   Palatine, IL 60094-4515
19308780        +FedEx Freight,    Dept CH,   POB 10306,    Palatine, IL 60055-0001
19308782       #+General Tools & Instruments,    80 White Street,    New York, NY 10013-3527
19308781        +Globalcomm Inc.,    POB 182263,   Columbus, OH 43218-2263
19308770        +Health Care Services Corp.,    25550 Network Plaza,    Chicago, IL 60673-1255
19308783        +Hospeco,    POB 92232,   Cleveland, OH 44193-0003
19308784        +IBPI,    7336 E. Deer Valley Rd.,    Suite 110,   Scottdale, AZ 85255-7455
19308787        +INX Products,    4030 Kidron Road,    Suite 10,   Lakeland, FL 33811-1226
19308785         Ideal Industrial Inc.,    Becker Place,    Sycamore, IL 60178
15190677        +Illinois Dept. of Labor,    160 N. LaSalle,    Ste. C-1300,   Chicago, IL 60601-3114
19308786        +Interact,    165 Hansen Ct.,   Suite 106,    Wood Dale, IL 60191-1144
19530997        +International Business Products, Inc.,    7336 E. Deer Valley Road, Ste 110,
                  Scottsdale, AZ 85255-7455
15190679        +James D. Brusslan,    Levenfeld Pearlstein,    2 N. LaSalle St., Ste. 1300,
                  Chicago, IL 60602-3709
19308788        +Jasper Rubber Products, Inc.,    Jean M. Blanton,    20 NW 1st Street, 9th Floor,
                  Evanston, IN 47708-1201
19308789        +Jonard Industries Corp.,    134 Marbledale Road,    Tuckahoe, NY 10707-3195
19308790        +Kendrick Davis,    POB 678,   Syosset, NY 11791-0678
19308791        +Kunz Industries,    15800 Suntone Dr.,    South Holland, IL 60473-1238
15190680         LEWIS, OVERBECK & FURMAN LLP,    C/O John W. Loseman,    Lewis, Overbeck & Furman, LLP,
                  20 N. Clark Street, Ste 3200,    Chicago, IL 60602-5093
15190681        +MUNIZ, ANN, et al.,    c/o Myron M. Cherry & Assoc. LLC,    30 N. LaSalle St., Ste. 2300,
                  Chicago, IL 60602-3362
19308792        +Mag Instruments,    POB 847760,   Los Angeles, CA 90084-7760
19308793        +Motion Industries,    1790 West Corland Court,    Addison, IL 60101-4208
15190683         PENSION BENEFIT GUARANTY CORP.,    P.O. BOX 77000,    DEPT. 77840,   Detroit, MI 48277-0840
15190682         Patrick J. Sherlock,    11 S. LaSalle St., Ste. 1600,    Chicago, IL 60602
19308796        +Platt Luggage Inc,    4051 West 51st Street,    Chicago, IL 60632-4294
19308797        +Richmark Medical,    1555 W. Hawthorne Lane,    West Chicago, IL 60185-1809
19308798        +Safeguard,    701 Lee St.,   Suite 840,    Des Plaines, IL 60016-4550
19308799        +Sandpaper Inc.,    POB 2579,   Glen Ellyn, IL 60138-2579
19308800        +Stoner,    POB 65,   Quarryville, PA 17566-0065
19308802        +TSA World,    3011-B Adriatic Court,    Norcross, GA 30071-1252
15190685        +TTI INTERNATIONAL,    205 West Monroe Street,    Suite 200,   Chicago, IL 60606-5062
19308801        +The Hartford,    POB 660916,   Dallas, TX 75266-0916
15190686        +U.S. Environmental Protection Agcy.,    Region 5 Headquarters,    77 W. Jackson Blvd.,
                  Chicago, IL 60604-3608
19308803        +United Parcel Service,    Lockbox 577,    Carol Stream, IL 60132-0577
19308806        +Veoilla,    1660 Hubbard Ave.,   Batavia, IL 60510-1570
19308807        +Village of Lisle,    925 Burlington Ave.,    Lisle, IL 60532-1838
19308809        +Wesco Industrial Products,    1250 Welsh Road,    North Wales, PA 19454-1820
19308810        +Wiha Quality Tools,    1348 Dundas Circle,    Monticello, MN 55362-8434

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19308773        +E-mail/Text: legalcollections@comed.com Jun 12 2015 00:45:44      Comed,   POB 6111,
                  Carol Stream, IL 60197-6111
19308776        +E-mail/Text: lsedensky@daytonfreight.com Jun 12 2015 00:44:32      Dayton Freight,   POB 340,
                  Vandalia, OH 45377-0340
```

```
District/off: 0752-1          User: bchavez                Page 2 of 3             Date Rcvd: Jun 11, 2015
                              Form ID: pdf006              Total Noticed: 67
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
15363361        +E-mail/Text: des.claimantbankruptcy@illinois.gov Jun 12 2015 00:45:50
                  Illinois Department of Employment Security,   33 South State Street,
                  Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
15190678         E-mail/Text: cio.bncmail@irs.gov Jun 12 2015 00:44:15     Internal Revenue Service,
                  P.O. Box 7346,   Philadelphia, PA 19101-7346
19308794        +E-mail/Text: legaldept@mscdirect.com Jun 12 2015 00:44:02     MSC,    28551 Laura Court,
                  Elkhart, IN 46517-1179
19308795        +E-mail/Text: bankrup@aglresources.com Jun 12 2015 00:43:51     Nicor,    POB 0632,
                  Aurora, IL 60507-0632
19308811        +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jun 12 2015 00:44:42     Office of the US Trustee,
                  219 S. Dearborn St,   Suite 873,   Chicago, IL 60604-2027
15708435         Fax: 202-326-4112 Jun 12 2015 00:46:53     Pension Benefit Guaranty Corporation,
                  Attn: Jean Marie Breen, Attorney,   Office of the Chief Counsel,
                  1200 K Street,NW., Suite 340,   Washington, D.S. 20005-4026
19308804        +E-mail/Text: bennettm@usplastic.com Jun 12 2015 00:44:21     United States Plastic Corp.,
                  1390 Neubrecht Road,   Lima, OH 45801-3196
19308805        +E-mail/Text: maryh@vaughanmfg.com Jun 12 2015 00:44:24     Vaughn & Bushnell,    POB 390,
                  Hebron, IL 60034-0390
19413761        +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jun 12 2015 00:44:42     office of the US Trustee,
                  219 S Dearborn St. Rm 873,   Chicago, IL 60604-2027
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15363421*       +Illinois Department of Employment Security,   33 South State Street,
                  Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
19308765        ##+Algas North Central,    POB 2395,   Waterloo, IA 50704-2395
15190676        ##+Bill Robins III,   Heard, Robins, Could & Lubel, LLP,    300 Paseo de Peralta, Ste. 200,
                  Santa Fe, NM 87501-5501
15190684        ##+TECHSPRAY,    P O BOX 949,   1001 N.W. 1ST STREET,   AMARILLO, TX 79107-5003
                                                                                  TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2015                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2015 at the address(es) listed below:

```
          Colin B Albaugh    on behalf of Creditor    Pension Benefit Guaranty Corporation (US Government
           Agency) albaugh.colin@pbgc.gov,   efile@pbgc.gov
          Gina B Krol    on behalf of Accountant Alan   Horewitch gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
           m
          Gina B Krol    gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
           m
          Jean Marie Breen    on behalf of Creditor    Pension Benefit Guaranty Corporation (US Government
           Agency) breen.jean@pbgc.gov,   efile@pbgc.gov
          John A Lipinsky    on behalf of Attorney    Coman & Anderson PC jlipinsky@comananderson.com,
           Haskell@ccmlawyer.com;farrington@ccmlawyer.com
          John W. Loseman    on behalf of Creditor    Lewis, Overbeck & Furman, LLP jloseman@ralaw.com
          Kathleen M. McGuire    on behalf of Other Prof.    InnovaLaw, P.C. kathleenmmcguirelaw@gmail.com,
           kmmcguirelaw@aol.com,lawyers@innovalaw.com,khubert@innovalaw.com
          Kathleen M. McGuire    on behalf of Attorney Kathleen  McGuire kathleenmmcguirelaw@gmail.com,
           kmmcguirelaw@aol.com,lawyers@innovalaw.com,khubert@innovalaw.com
```

```
District/off: 0752-1          User: bchavez              Page 3 of 3                  Date Rcvd: Jun 11, 2015
                              Form ID: pdf006            Total Noticed: 67
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Robert L. Pattullo Jr   on behalf of Creditor   Harris N.A. pattullo@pattullolaw.com
                                                                                                             TOTAL: 10