# UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
§
AMES SUPPLY COMPANY § Case No. 10-08785 JBS
§
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 610,766.00                          Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  0.00               Claims Discharged
                                                      Without Payment:  6,658,843.82

Total Expenses of Administration:  57,419.42

---

3) Total gross receipts of $ 57,419.42  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 57,419.42  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 39,685.37 | 39,685.37 | 34,045.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 126,170.01 | 126,170.01 | 23,374.05 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 21,137.70 | 21,137.70 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 371,889.05 | 4,652,706.12 | 4,652,706.12 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 371,889.05 | $ 4,839,699.20 | $ 4,839,699.20 | $ 57,419.42 |

4) This case was originally filed under chapter 11 on 03/02/2010 , and it was converted to chapter 7 on 07/19/2012 . The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/26/2015            By:/s/GINA B. KROL
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SUBURBAN BANK & TRUST CHECKING ACCT | 1110-000 | 2,381.97 |
| SUBURBAN BANK & TRUST CHECKING ACCT | 1129-000 | 1,526.75 |
| MACHINERY & EQUIPMENT | 1129-000 | 53,366.85 |
| ACCOUNT RECEIVABLES | 1221-000 | 143.85 |
| **TOTAL GROSS RECEIPTS** | | **$57,419.42** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 3,060.49 | 3,060.49 | 3,060.49 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 19.44 | 19.44 | 19.44 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 72.31 | 72.31 | 72.31 |
| CALMARK REALTY | 2410-000 | NA | 4,000.00 | 4,000.00 | 4,000.00 |
| ASSOCIATED BANK | 2600-000 | NA | 630.06 | 630.06 | 630.06 |
| Green Bank | 2600-000 | NA | 1,216.95 | 1,216.95 | 1,216.95 |
| OFFICE OF THE US TRUSTEE | 2950-000 | NA | 974.86 | 974.86 | 974.86 |
| INNOVALAW PC | 3210-000 | NA | 3,250.00 | 3,250.00 | 3,250.00 |
| INNOVALAW PC | 3220-000 | NA | 129.57 | 129.57 | 129.57 |
| ALAN HOREWITCH | 3410-000 | NA | 5,640.00 | 5,640.00 | 0.00 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS | 3410-000 | NA | 5,640.00 | 5,640.00 | 5,640.00 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | NA | 11,028.70 | 11,028.70 | 11,028.70 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E. GROCHOCINSKI | 3991-000 | NA | 3,060.49 | 3,060.49 | 3,060.49 |
| JOHN W STANOVICH, LTD | 3991-000 | NA | 962.50 | 962.50 | 962.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 39,685.37 | $ 39,685.37 | $ 34,045.37 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COMAN & ANDERSON PC | 6210-160 | NA | 110,517.63 | 110,517.63 | 17,767.13 |
| COMAN & ANDERSON PC | 6220-610 | NA | 550.00 | 550.00 | 0.00 |
| ILLINOIS DEPARTMENT OF EMPLOYMENT S | 6820-000 | NA | 703.74 | 703.74 | 351.34 |
| COOPER'S OFFICE EQUIPMENT | 6910-000 | NA | 3,871.64 | 3,871.64 | 0.00 |
| PENSION BENEFIT GUARANTY CORPORATIO | 6990-000 | NA | 10,527.00 | 10,527.00 | 5,255.58 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 126,170.01 | $ 126,170.01 | $ 23,374.05 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ames Supply Co. Employee's Retirement Plan and Trust 1396 University Ln, Unit C Lisle, IL 60532 | | 0.00 | NA | NA | 0.00 |
| | Illinois Dept. of Labor 160 N. LaSalle Ste. C-1300 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | | 0.00 | NA | NA | 0.00 |
| | U.S. Environmental Protection Agcy. Region 5 Headquarters 77 W. Jackson Blvd. Chicago, IL 60604-3507 | | 0.00 | NA | NA | 0.00 |
| 7 | PENSION BENEFIT GUARANTY CORPORATIO | 5400-000 | NA | 17,619.00 | 17,619.00 | 0.00 |
| 2 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 5800-000 | NA | 3,518.70 | 3,518.70 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 0.00 | $ 21,137.70 | $ 21,137.70 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | MUNIZ, ANN, et al. c/o Myron M. Cherry & Assoc. LLC 30 N. LaSalle St., Ste. 2300 Chicago, IL 60602 |  | 0.00 | NA | NA | 0.00 |
| 1 | 3M COMPANY | 7100-000 | NA | 948.25 | 948.25 | 0.00 |
| 15 | AMERICAN EXPRESS TRAVEL RELATED SER | 7100-000 | NA | 16,736.69 | 16,736.69 | 0.00 |
| 17 | BCB GROUP INC. | 7100-000 | NA | 112.32 | 112.32 | 0.00 |
| 21 | COOPER'S OFFICE EQUIPMENT | 7100-000 | NA | 3,871.64 | 3,871.64 | 0.00 |
| 19 | DUPAGE COUNTY PUBLIC WORKS DEPARTME | 7100-000 | NA | 187.59 | 187.59 | 0.00 |
| 4 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 16 | INTERNATIONAL BUSINESS PRODUCTS, IN | 7100-000 | 444.54 | 3,459.84 | 3,459.84 | 0.00 |
| 20 | JASPER RUBBER PRODUCTS, INC. | 7100-000 | NA | 13,728.19 | 13,728.19 | 0.00 |
| 11 | JONARD INDUSTRIES CORP. | 7100-000 | NA | 1,137.65 | 1,137.65 | 0.00 |
| 6 | LEWIS, OVERBECK & FURMAN LLP | 7100-000 | 48,703.51 | 48,703.51 | 48,703.51 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | PENSION BENEFIT GUARANTY CORPORATIO | 7100-000 | 294,661.00 | 2,045,536.00 | 2,045,536.00 | 0.00 |
| 9 | PENSION BENEFIT GUARANTY CORPORATIO | 7100-000 | NA | 2,483,189.00 | 2,483,189.00 | 0.00 |
| 14 | PLATT LUGGAGE INC | 7100-000 | NA | 5,280.00 | 5,280.00 | 0.00 |
| 5 | TECHSPRAY | 7100-000 | 28,080.00 | 28,080.01 | 28,080.01 | 0.00 |
| 12 | VAUGHN & BUSHNELL | 7100-000 | NA | 236.72 | 236.72 | 0.00 |
| 18 | WESCO INDUSTRIAL PRODUCTS | 7100-000 | NA | 1,498.71 | 1,498.71 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 371,889.05 | $ 4,652,706.12 | $ 4,652,706.12 | $ 0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-08785 | JBS | Judge: JACK B. SCHMETTERER | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|---|
| Case Name: | AMES SUPPLY COMPANY | | | | Date Filed (f) or Converted (c): | 07/19/12 (c) |
| | | | | | 341(a) Meeting Date: | 08/28/12 |
| For Period Ending: | 08/26/15 | | | | Claims Bar Date: | 11/23/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. HARRIS BANK CHECKING ACCT | 1,760.00 | 0.00 | | 0.00 | FA |
| 2. 1/3 OWNERSHIP OF $310,059 CERTIFICATE OF DEPOSIT | 0.00 | 0.00 | | 0.00 | FA |
| 3. SUBURBAN BANK & TRUST CHECKING ACCT | 198.00 | 2,381.97 | | 3,908.72 | FA |
| 4. SECURITY DEPOSIT WITH LANDLORD | 12,505.00 | 0.00 | | 0.00 | FA |
| 5. ILIGHT TECHNOLOGIES 2841 SHARES | 31,250.00 | 0.00 | | 0.00 | FA |
| 6. ACCOUNT RECEIVABLES | 139,670.00 | 139,670.00 | | 143.85 | FA |
| 7. 1995 CHEVY ASTRO VAN | 1,700.00 | 0.00 | | 0.00 | FA |
| 8. OFFICE EQUIPMENT | 10,735.00 | 0.00 | | 0.00 | FA |
| 9. MACHINERY & EQUIPMENT | 55,305.00 | 53,366.85 | | 53,366.85 | FA |
| 10. INVENTORY | 552,816.00 | 0.00 | | 0.00 | FA |
| #10 Inventory included in #9 sale of machinery and equipment | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $805,939.00    $195,418.82    $57,419.42    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST for review

May 18, 2015, 04:30 pm

Case appears to be administratively insolvent. Successor Trustee will prepare TFR

October 16, 2014, 10:35 am

LIQUIDATED INVENTORY AND EQUIPMENT AT AUCTION; WORK WITH pbgc ON RESOLUTION OF PENSIONS ISSUES; REVIEWING A/RS FOR

LFORM1    Ver: 18.05

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-08785   JBS   Judge: JACK B. SCHMETTERER | Trustee Name: GINA B. KROL |
| Case Name: | AMES SUPPLY COMPANY | Date Filed (f) or Converted (c): 07/19/12 (c) |
| | | 341(a) Meeting Date: 08/28/12 |
| | | Claims Bar Date: 11/23/12 |

POSSIBLE OUTSIDER COLLECTION REFERRAL

#10 inventory included in #9 sale of machinery and equipment

Reviewing A/RS for collection

Examine claims of PBGC

Continued examination of claims of PBGC and review A/RS for collection.

issues pending with PBGC re pension. once resolved matter can go to final report. reviewed acct.s receivable and no significant accounts are outstanding. liquidation appears to be at an end and whatever Accts remain can be abandoned at the final hearing. expect final by end of May, 2014.

Initial Projected Date of Final Report (TFR): 12/30/14      Current Projected Date of Final Report (TFR): 03/31/15


     /s/     GINA B. KROL
_____     Date: 08/26/15
          GINA B. KROL

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-08785 -JBS | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | AMES SUPPLY COMPANY | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******8501  Checking Account |
| Taxpayer ID No: | *******1700 | | | |
| For Period Ending: | 08/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 08/10/12 | 6 | SHAW-WYN<br>CELTIC ARTIFACTS, ETC<br>330 HOLLAND ST<br>SHILLINGTON, PA  19607 | A/R | 1221-000 | 21.69 | | 21.69 |
| | 08/17/12 | 3 | SBT<br>150 BUTTERFIELD ROAD<br>ELMHURST, IL  60126 | TURNVOER OF BANK ACCOUNT | 1110-000 | 2,381.97 | | 2,403.66 |
| | 08/31/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 1.88 | 2,401.78 |
| | 09/10/12 | 3 | SUBURBAN BANK & TRUST<br>150 BUTTERFIELD ROAD<br>ELMHURST, IL  60126 | TURNOVER OF BANK ACCOUNT BALANCE | 1129-000 | 1,526.75 | | 3,928.53 |
| | 09/18/12 | 003001 | JOHN W STANOVICH, LTD<br>10411 GREAT EGRET DRIVE<br>ORLAND PARK, IL  60467 | FEES FOR COMPUTER CONSULTANT<br>3991-000          $-962.50 | 3991-000 | | 962.50 | 2,966.03 |
| * | 09/18/12 | 003002 | JOHN W STANOVICH, LTD<br>10411 GREAT EGRET DRIVE<br>ORLAND PARK, IL  60467 | FEES/COMPUTER CONSULTANT<br>3991-000          $-962.50 | 3991-003 | | 962.50 | 2,003.53 |
| * | 09/18/12 | 003002 | JOHN W STANOVICH, LTD<br>10411 GREAT EGRET DRIVE<br>ORLAND PARK, IL  60467 | VOID | | | -962.50 | 2,966.03 |
| | 09/28/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 4.36 | 2,961.67 |
| | 10/11/12 | 9 | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 S THOMAS AVENUE<br>BRIDGEVIEW, IL  60455 | SALE OF EQUIPMENT | 1129-000 | 53,366.85 | | 56,328.52 |
| | 10/17/12 | 003003 | CALMARK REALTY<br>4826 VENTURE STREET | POST-PETITION RENT<br>2410-000          $-4,000.00 | 2410-000 | | 4,000.00 | 52,328.52 |

LFORM2T4   UST Form 101-7-TDR (10/1/2010) (Page: 11)                                                                                                                                       Ver: 18.05

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-08785 -JBS | | Trustee Name: | GINA B. KROL |
| Case Name: | AMES SUPPLY COMPANY | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******8501  Checking Account |
| Taxpayer ID No: | *******1700 | | | |
| For Period Ending: | 08/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | LISLE, IL  60532 | | | | | |
| 10/31/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 58.67 | 52,269.85 |
| 11/09/12 | 6 | SENTINEL TECHNOLOGIES INC.<br>2550 WARRENVILLE RD<br>DOWNERS GROVE, IL  60515 | A/R | 1221-000 | 55.00 | | 52,324.85 |
| 11/13/12 | 003004 | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 S THOMAS AVENUE<br>BRIDGEVIEW, IL  60455 | EXPENSES TO AUCTIONEER<br>3620-000      $-11,028.70 | 3620-000 | | 11,028.70 | 41,296.15 |
| 11/30/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 77.36 | 41,218.79 |
| 12/31/12 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 62.22 | 41,156.57 |
| 01/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 66.41 | 41,090.16 |
| 02/21/13 | 003005 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Bond#016026455<br>2300-000      $-38.93 | 2300-000 | | 38.93 | 41,051.23 |
| 02/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 59.88 | 40,991.35 |
| 03/29/13 | | Green Bank<br>US Trustee Services | Bank Service Fee | 2600-000 | | 66.14 | 40,925.21 |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Ver: 18.05

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-08785 -JBS | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | AMES SUPPLY COMPANY | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******8501  Checking Account |
| Taxpayer ID No: | *******1700 | | |
| For Period Ending: | 08/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/13 | | 2900 North Loop West, Suite 200<br>Houston, TX  77092<br>Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 63.91 | 40,861.30 |
| 05/13/13 | 6 | BANK OF AMERICA | PAYMENT OF CENDANT CORP LITIGATION PROCEEDS | 1221-000 | 67.16 | | 40,928.46 |
| 05/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 70.26 | 40,858.20 |
| 06/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 59.55 | 40,798.65 |
| 07/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 65.83 | 40,732.82 |
| 08/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 69.97 | 40,662.85 |
| 09/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 59.26 | 40,603.59 |
| 10/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 65.52 | 40,538.07 |

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-08785 -JBS | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | AMES SUPPLY COMPANY | Bank Name: | Green Bank |
| | | Account Number / CD #: | *******8501  Checking Account |
| Taxpayer ID No: | *******1700 | | |
| For Period Ending: | 08/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 65.41 | 40,472.66 |
| 12/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 63.20 | 40,409.46 |
| 01/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 69.41 | 40,340.05 |
| 02/28/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 58.79 | 40,281.26 |
| 03/31/14 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 60.80 | 40,220.46 |
| 04/02/14 | 003006 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Blanket bond #016026455  2/01/14 to 2/10/15<br>          2300-000         $-33.38 | 2300-000 | | 33.38 | 40,187.08 |
| 04/28/14 | | Green Bank | Technology Fee | 2600-000 | | 48.12 | 40,138.96 |
| 05/05/14 | | Transfer to Acct #*******0840 | Bank Funds Transfer | 9999-000 | | 40,138.96 | 0.00 |

LFORM2T4  UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Ver: 18.05

FORM 2 Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 10-08785 -JBS |
| Case Name: | AMES SUPPLY COMPANY |
| Taxpayer ID No: | *******1700 |
| For Period Ending: | 08/26/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******8501 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******8501    Balance Forward    0.00
6  Deposits    57,419.42          7   Checks              16,063.51
0  Interest Postings  0.00        21  Adjustments Out     1,216.95
                                  1   Transfers Out       40,138.96
       Subtotal    $  57,419.42
                                      Total       $   57,419.42
0  Adjustments In    0.00
0  Transfers In      0.00

       Total       $  57,419.42

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-08785 -JBS | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | AMES SUPPLY COMPANY | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0840 Checking Account |
| Taxpayer ID No: | *******1700 | | | |
| For Period Ending: | 08/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/05/14 | | Transfer from Acct #*******8501 | Bank Funds Transfer | 9999-000 | 40,138.96 | | 40,138.96 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 40,128.96 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.65 | 40,069.31 |
| * 06/26/14 | 030001 | Scott, Horewitch, Pidgeon & Abrams LLC 2150 E. Lake Cook Rd., Ste. 560 Buffalo Grove, IL 60089 | Accoutant Fees per Court Order | 3410-003 | | 3,260.00 | 36,809.31 |
| * 06/26/14 | 030001 | Scott, Horewitch, Pidgeon & Abrams LLC 2150 E. Lake Cook Rd., Ste. 560 Buffalo Grove, IL 60089 | Accoutant Fees per Court Order Incorrect amount. | 3410-003 | | -3,260.00 | 40,069.31 |
| 06/26/14 | 030002 | Scott, Horewitch, Pidgeon & Abrams LLC 2150 E. Lake Cook Rd., Ste. 560 Buffalo Grove, IL 60089 | Accoutant Fees per Court Order | 3410-000 | | 3,620.00 | 36,449.31 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.65 | 36,391.66 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 54.11 | 36,337.55 |
| 08/19/14 | 030003 | Scott, Horewitch, Pidgeon & Abrams LLC 2150 E. Lake Cook Rd., Ste. 560 Buffalo Grove, IL 60089 | Accoutant Fees per Court Order | 3410-000 | | 2,020.00 | 34,317.55 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 53.06 | 34,264.49 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.30 | 34,215.19 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.87 | 34,164.32 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.16 | 34,115.16 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.71 | 34,064.45 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.65 | 34,013.80 |
| 02/10/15 | 030004 | Adams Levine Surety Bond Agency 60 E. 42nd Street Room 965 New York, NY 10165 | | 2300-000 | | 19.44 | 33,994.36 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.66 | 33,948.70 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.47 | 33,898.23 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.77 | 33,849.46 |

LFORM2T4 UST Form 101-7-TDR (10/1/2010) (Page: 16)                                                              Ver: 18.05

FORM 2     Page: 7

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-08785 -JBS | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | AMES SUPPLY COMPANY | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0840  Checking Account |
| Taxpayer ID No: | *******1700 | | |
| For Period Ending: | 08/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/15 | 030005 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee Fees | 2100-000 | | 3,060.49 | 30,788.97 |
| 06/30/15 | 030006 | InnovaLaw PC<br>1900 Ravinia Ave.<br>Suite 29<br>Orland Park, IL 60462 | Final Distribution<br>Attorneys Fees | 3210-000 | | 3,250.00 | 27,538.97 |
| 06/30/15 | 030007 | InnovaLaw PC<br>1900 Ravinia Ave.<br>Suite 29<br>Orland Park, IL 60462 | Final Distribution<br>Attorneys Expenses | 3220-000 | | 129.57 | 27,409.40 |
| 06/30/15 | 030008 | David E. Grochocinski | Final Distribution<br>Trustee Fees | 3991-000 | | 3,060.49 | 24,348.91 |
| 06/30/15 | 030009 | office of the US Trustee<br>219 S Dearborn St. Rm 873<br>Chicago, IL  60604 | Final Distribution | 2950-000 | | 974.86 | 23,374.05 |
| 06/30/15 | 030010 | Coman & Anderson PC<br>650 Warrenville Road<br>Suite 500<br>Lisle, IL 60532 | Final Distribution<br>Debtor's Attorney's Fees | 6210-160 | | 17,767.13 | 5,606.92 |
| 06/30/15 | 030011 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, IL  60603 | Final Distribution | 6820-000 | | 351.34 | 5,255.58 |
| 06/30/15 | 030012 | Pension Benefit Guaranty Corporation<br>Attn: Jean Marie Breen, Attorney<br>Office of the Chief Counsel<br>1200 K Street,NW., Suite 340<br>Washington, D.S. 20005-4026 | Final Distribution | 6990-000 | | 5,255.58 | 0.00 |

LFORM2T4    UST Form 101-7-TDR (10/1/2010) *(Page: 17)*      Ver: 18.05

FORM 2

Page: 8

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-08785 -JBS | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | AMES SUPPLY COMPANY | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0840  Checking Account |
| Taxpayer ID No: | *******1700 | | | |
| For Period Ending: | 08/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******0840
| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 0 | Deposits | 0.00 | 13 Checks 39,508.90 |
| 0 | Interest Postings | 0.00 | 13 Adjustments Out 630.06 |
| | | | 0 Transfers Out 0.00 |
| | Subtotal | $ 0.00 | |
| | | | Total $ 40,138.96 |
| 0 | Adjustments In | 0.00 | |
| 1 | Transfers In | 40,138.96 | |
| | Total | $ 40,138.96 | |

Report Totals
| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 6 | Deposits | 57,419.42 | 20 Checks 55,572.41 |
| 0 | Interest Postings | 0.00 | 34 Adjustments Out 1,847.01 |
| | | | 1 Transfers Out 40,138.96 |
| | Subtotal | $ 57,419.42 | |
| | | | Total $ 97,558.38 |
| 0 | Adjustments In | 0.00 | |
| 1 | Transfers In | 40,138.96 | |
| | Total | $ 97,558.38 | Net Total Balance $ 0.00 |

Trustee's Signature: _/s/ GINA B. KROL_____  Date: 08/26/15
GINA B. KROL

LFORM2T4
UST Form 101-7-TDR (10/1/2010) (Page: 18)

Ver: 18.05